Ideal Lumber Company, a Corporation, Appellant, v. A. C. Wright and J. S. Dixon, Appellees.

Filed April 28, 1916.

Appeal from Circuit Court, Pinellas County; O. K. Reaves, Judge.

Decree affirmed.

*Davis, Pierce & Sellers,* for Appellant;

*James Booth,* for Appellees.

---

John G. White, Plaintiff in Error, v. Porter H. Smith, Defendant in Error.

Filed April 28, 1916.

Petition for rehearing denied August 8, 1916.

Writ of Error to Circuit Court, Alachua County; James T. Wills, Judge.

Judgment affirmed.

*H. M. Hampton* and *C. R. Layton,* for Plaintiff in Error;

*Hampton & Hampton,* for Defendant in Error.